AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
### for the
Western District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Darnell Atkins | ) | Case No: 00-10026-01 |
| | ) | USM No: 10827-035 |
| Date of Previous Judgment: December 13, 2004 | ) | Carol Whitehurst |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of □ the defendant □ the Director of the Bureau of Prisons ■ the court under 18 U.S.C. § 3582 (c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.      □ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months is reduced to _____
_____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 34 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 262 to 327 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

□    The reduced sentence is within the amended guideline range.
□    The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
□    Other (explain):

## III.    ADDITIONAL COMMENTS: Defendant previously received the benefit of both a 5K1.1 motion and Rule 35. No further reduction is appropriate.

Except as provided above, all provisions of the Judgment dated December 13, 2004 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: March 5, 2008

_____
Judge's Signature

Effective Date: March 15, 2008
(If different from order date)

_____
Honorable Dee D. Drell, U. S. District Judge

COPY SENT:
DATE: 03/06/08
BY: hh
TO: USPO